793 A.2d 714

RUDOLPH LAIDLOW AND JEAN LAIDLOW, PLAINTIFFS, v. HARITON MACHINERY COMPANY, INC., DEFENDANT–APPELLANT, AND RICHARD PORTMAN AND ADVANCED METALLURGY AMI–DDC INC., A DIVISION OF TECHNITROL, DEFENDANTS–RESPONDENTS.

February 25, 2002.

## ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.